AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| JIMMY DEWAYNE BROCK | ) Case No. 1:21-MJ-56 |
| | ) |
| *Defendant(s)* | ) |

**FILED**
APR 08 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February and March, 2021** in the county of **Hamilton** in the **Eastern** District of **Tennessee**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | (Transportation of Child Pornography). |

This criminal complaint is based on these facts:
PLEASE SEE ATTACHED AFFIDAVIT OF SAMUEL K. MOORE, FBI SPECIAL AGENT

☑ Continued on the attached sheet.

*Complainant's signature*

Samuel K. Moore, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 8, 2021

*Judge's signature*

City and state: Chattanooga, Tennessee

Christopher H. Steger, U. S. Magistrate Judge
*Printed name and title*